# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMAR K. SCOTT,<br><br>    Petitioner,<br><br>  v.<br><br>COVELLO,<br><br>    Respondent. | Case No. 1:20-cv-01297-AWI-EPG-HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION<br><br>ORDER DENYING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF Nos. 2, 9) |

    Petitioner Elmar K. Scott is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 16, 2020, the undersigned issued findings and recommendation recommending Petitioner's application to proceed *in forma pauperis* be denied. (ECF No. 9). On September 24, 2020, the Court received the $5.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation (ECF No. 9) is VACATED; and
2. Petitioner's application to proceed *in forma pauperis* (ECF No. 2) is DENIED as MOOT.

IT IS SO ORDERED.

    Dated: **September 28, 2020**        /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE